UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DANIELLE BRUNO,

        Plaintiff,

    -against-                         ORDER
                                              05-CV-1402(JS)(ARL)
STATE UNIVERSITY OF NEW YOK AT
STONY BROOK, STONY BROOK UNIVERSITY
HOSPITAL, JIM CONNELLY, sued in his
individual capacity pursuant to N.Y.
Executive Law sec. 290 et seq.,
DAVID DARNEL, sued in his individual
capacity pursuant to N.Y. Executive
Law sec. 290 et seq.,

        Defendants.
----------------------------------X
Appearances:
For Plaintiff:          Scott M. Mishkin, Esq.
                      Scott Michael Mishkin, P.C.
                      One Suffolk Square, Suite 520
                      Islandia, New York 11749

For Defendants:         Toni E. Logue, Esq.
                      NYS Attorney General's Office
                      200 Old Country Road, Suite 460
                      Mineola, New York 11501

SEYBERT, District Judge:

        Upon review of the Report and Recommendation of Magistrate Judge Arlene Rosario Lindsay, dated October 10, 2006, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, Ms. Christina Wicker is ordered to show cause before this Court on or before December 15, 2006, why she should not be adjudged in contempt and penalized appropriately.

        As no objections have been filed to this Report and Recommendation, all objections are deemed waived. See 28 U.S.C. §

636(b)(1); FED R. CIV. P. 72; <u>Beverly v. Walker</u>, 118 F.3d 900, 902 (2d Cir. 1997); <u>Savoie v. Merchants Bank</u>, 84 F.3d 52, 60 (2d Cir. 1996).

SO ORDERED.

/s/ Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
November 3, 2006